

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00045-CR

_____

CALVIN WAYNE BURNHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court No. 2005-C-0008

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Calvin Wayne Burnham appeals from his convictions by the trial court on four charges of aggravated sexual assault of a child and four charges of indecency with a child. Burnham has filed a single brief, in which he raises issues common to all of his appeals.[1] He argues that the trial court committed reversible error in considering evidence from a previous revocation hearing when granting the State's second amended motion to adjudicate guilt and in admitting the results of a polygraph examination. Burnham also complains that the evidence was insufficient to establish that he violated any conditions of his community supervision.

We addressed these issues in detail in our opinion of this date on Burnham's appeal in cause number 06-10-00038-CR. For the reasons stated therein, we likewise conclude that reversible error has not been shown in this case.

We affirm the trial court's judgment.

                                                    Jack Carter
                                                    Justice

Date Submitted:        December 14, 2010
Date Decided:          December 15, 2010

Do Not Publish

---

[1]Burnham appeals from four convictions of aggravated sexual assault of a child and four convictions of indecency with a child, cause numbers 06-10-00038-CR through 06-10-00045-CR.

2